UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>CORCORAN STATE PRISON, *et al.*,<br><br>   Defendants. | No. 1:21-cv-01009-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND IMMEDIATE INJUNCTION<br><br>(Doc. Nos. 8, 10) |

Plaintiff Lance Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on June 25, 2021, together with a motion to file a first amended complaint. (Doc. Nos. 1, 2.) On July 30, 2021, plaintiff filed a motion for protective order and immediate injunction. (Doc. No. 8.)

On August 4, 2021, the assigned magistrate judge issued an order granting plaintiff's motion to file a first amended complaint and findings and recommendations recommending that plaintiff's motion for protective order and immediate injunction be denied. (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.)

On August 13, 2021, plaintiff filed objections to the findings and recommendations. (Doc. No. 11.) However, upon review of the filing it appears that plaintiff's only objections

1

relate to the magistrate judge's order regarding the filing of his first amended complaint, not to the findings and recommendations as to his request for injunctive relief. Plaintiff's objections are therefore disregarded as irrelevant for the purpose of the court's review of the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 13, 2021, (Doc. No. 10), are adopted in full;
2. Plaintiff's motion for a protective order and immediate injunction, (Doc. No. 8), is denied; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **August 28, 2021**　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE