# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-01009-NONE-BAM (PC)<br><br>ORDER DENYING MOTION TO AMEND COMPLAINT AS MOOT<br><br>(ECF No. 13) |

Plaintiff Lance Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on June 25, 2021, together with a motion to file a first amended complaint. (ECF Nos. 1, 2.) On August 4, 2021, the Court issued an order granting Plaintiff's motion to file a first amended complaint within thirty (30) days.[1] (ECF No. 10.) On September 9, 2021, Plaintiff timely filed his first amended complaint, together with a renewed motion to amend the complaint. (ECF Nos. 13, 14.)

In his motion, Plaintiff states that he previously informed the Court of his intent to file an amended complaint, which is attached. (ECF No. 13.) As the Court already granted Plaintiff

---

[1] Together with that order, the undersigned issued findings and recommendations regarding Plaintiff's motion for protective order and immediate injunction, which were adopted in full by the District Judge on August 30, 2021. (ECF No. 12.)

1

leave to file a first amended complaint, the renewed motion is unnecessary.

Accordingly, Plaintiff's motion to amend, (ECF No. 13), is DENIED as moot. The first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 13, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE