# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>CORCORAN STATE PRISON, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-01009-JLT-BAM (PC)<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT FOR LACK OF SIGNATURE AND EXCEEDING PAGE LIMITATION<br>(ECF No. 24)<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SIGNED SECOND AMENDED COMPLAINT IN COMPLIANCE WITH PAGE LIMITATION OR NOTIFY COURT OF WILLINGNESS TO PROCEED ON COGNIZABLE CLAIMS<br><br>**THIRTY (30) DAY DEADLINE** |

    Plaintiff Lance Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

    On September 24, 2021, the Court screened the first amended complaint and found that it stated cognizable claims against Defendants Pederson, Diaz, and Rios for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment, but failed to state any other cognizable claims against any other defendants, or the claims were improperly joined with other unrelated claims in violation of Federal Rule of Civil Procedure 18. (ECF No. 16.) Plaintiff was granted leave to either file a second amended complaint or to notify the Court

in writing that he was willing to proceed only on the claims found cognizable by the Court.  If Plaintiff opted to file a second amended complaint, he was informed that it was "**not to exceed twenty (20) pages in length**."  (*Id.* at 11.)

Plaintiff filed a second amended complaint on November 30, 2021.  (ECF No. 24.)  In preparing to screen the second amended complaint, the Court noted that it is twenty-five (25) pages in length, and includes an additional thirty-one (31) pages of exhibits and attachments. (*Id.*)

In addition, Plaintiff's second amended complaint lacks any signature.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

As the second amended complaint is unsigned, and does not comply with the Court's order not to exceed twenty pages in length, the Court must strike it from the record.  Plaintiff will be permitted **thirty (30) days** to file a second amended complaint that complies with Federal Rules of Civil Procedure, the Local Rules, and this Court's order, or to notify the Court that he is wiling to proceed on the claims found cognizable in the first amended complaint.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's second amended complaint, filed November 30, 2021, (ECF No. 24), is STRICKEN from the record for lack of signature and for failure to comply with this Court's page limitations;
2. The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL either:
    a. File a **signed** second amended complaint, **not to exceed twenty (20) pages in length**, that cures the deficiencies identified by the Court's September 24, 2021 screening order (or file a notice of voluntary dismissal); or
    b. Notify the Court in writing that he does not wish to file a second amended complaint and he is willing to proceed only on the claims against Defendants Pederson, Diaz, and Rios for excessive force in violation of the Eighth

Amendment and retaliation in violation of the First Amendment; and

4. **If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, without prejudice, for failure to obey a court order and for failure to prosecute**.

IT IS SO ORDERED.

Dated: **February 24, 2022**            /s/ *Barbara A. McAuliffe*            
                                         UNITED STATES MAGISTRATE JUDGE